IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| STEVE ROBINSON, #153410, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) CASE NO 2:16-cv-085-WHA |
| | ) |
| LEEPOSEY DANIELS, et al., | )     (WO) |
| | ) |
| Respondents. | ) |

**<u>ORDER</u>**

This case is before the court on the Recommendation of the Magistrate Judge (Doc. #5), entered on March 31, 2016.  There being no timely objection filed to the Recommendation, and after a review of the file, the Recommendation is ADOPTED, and it is hereby

ORDERED that this case is TRANSFERRED to the United States District Court for the Southern District of Alabama under the provisions of 28 U.S.C. § 2241(d).

The clerk is DIRECTED to take the appropriate steps to effect the transfer.

DONE this 25th day of April, 2016.

/s/  W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE